UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SONIA ALLEYNE, individually,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF FINANCE,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/2021

21 Civ. 5976 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The parties' deadline to submit a joint letter and proposed case management plan is ADJOURNED to **December 8, 2021**, to allow mediation to proceed.

    SO ORDERED.

Dated: October 20, 2021
       New York, New York

                                                ANALISA TORRES
                                          United States District Judge