UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SONIA ALLEYNE, individually,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF FINANCE,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/2021
```

21 Civ. 5976 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On October 20, 2021, the Court ordered the parties to submit a joint letter and proposed case management plan by December 8, 2021. ECF No. 15. Those submissions are now overdue. Accordingly, the parties shall submit their joint letter and proposed case management plan by **December 16, 2021**.

    SO ORDERED.

Dated: December 10, 2021
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge