

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/16/2021_
```

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**GEORGIA M. PESTANA**
*Corporation Counsel*

NICHOLAS SCHAEFER
Senior Counsel
Phone: (212) 356-3187
Fax: (212) 356-1148
E-mail: nschaefe@law.nyc.gov
*E-mail and Fax Not For Service*

December 15, 2021

**By ECF**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *Alleyne v. New York City Department of Finance*
        21-cv-05976 (AT)

Dear Judge Torres:

    I am an Assistant Corporation Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for defendant New York City Department of Finance ("DOF") in the above-referenced action. I write to request an extension of time for the parties to submit a proposed case management plan from December 16, 2021 to January 21, 2021. Plaintiff consents to this request and it is the first request for such an extension.

    This extension is requested to permit the parties time to engage in the upcoming mediation and to otherwise engage in settlement discussions. The parties have worked with the mediator and have scheduled a settlement conference for January 13, 2022. Accordingly, we submit this application to extend the deadline to submit a proposed case management plan to January 21, 2022 to allow mediation to proceed. This extension should not impact any other deadlines or appearances currently in place.

    Thank you for your consideration of this request.

GRANTED. The deadline to submit a proposed case management plan and joint letter is ADJOURNED to **January 21, 2022**. By **January 18, 2022**, the parties shall update the Court on the status of settlement discussions.

SO ORDERED.

Dated: December 16, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge